**98–2066. State v. Saylor.**
Butler App. No. CA98–03–053. Discretionary appeal allowed on Proposition of Law No. II; *sua sponte,* cause held for the decision in 97–2730, *State v. Smith,* Butler App. No. CA97–01–011; briefing schedule stayed and cause consolidated with 98–2067, *supra.*

1450

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., would allow all propositions of law.
DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.